Page 1 of 2

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS TAYLOR, JR.,
    Plaintiff,

vs.                               Case No.: 5:07cv87/SPM/EMT

FLORIDA DEP'T OF CORRECTIONS,
    Defendant.
_____/

## O R D E R

       This matter is before the court on Plaintiff's civil rights complaint and motion for leave to proceed in forma pauperis (IFP) (Docs. 1, 2). Upon review of the IFP motion and supporting financial statement, the court concludes that Plaintiff has failed to provide sufficient information for the court to grant the motion. For example, Plaintiff failed to complete Question 2.e. of the financial statement, which asks whether he received money from any source within the past twelve month (*see* Doc. 2). Additionally, in Question 3, Plaintiff states that he owns cash or has money in checking or savings accounts, but he failed to state the total value of the items owned (*id.*). In order to proceed with this case, Plaintiff must either pay the full filing fee of $350.00 or file a properly completed in forma pauperis application. If he chooses to submit a new in forma pauperis application, he should indicate the sources of any money he has received within the past twelve months and state the amount received from each source during the past twelve months. Additionally, he shall estimate the total value of cash or funds in all bank accounts that he owns so that the court has sufficient information upon which to consider his eligibility to proceed in forma pauperis.

       Accordingly, it is **ORDERED**:

1.      The clerk of court is directed to send Plaintiff a copy of the forms for non-prisoner pro se parties to request leave to proceed in forma pauperis.  This case number shall be written on the forms.

2.      Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED without prejudice**.  Within **THIRTY (30) DAYS** from the date of docketing of this order, Plaintiff shall pay the full $350.00 filing fee, or submit a motion to proceed in forma pauperis with a properly completed affidavit of financial status.

3.      Failure to comply with this order may result in a recommendation of dismissal of this action.

**DONE AND ORDERED** this 1st day of May 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**