IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS TAYLOR, JR.,

    Plaintiff,

vs.                                    CASE NO. 5:07cv87--SPM/EMT

FLORIDA DEP'T OF CORRECTION,

    Defendant.

_____/

## ORDER

THIS CAUSE comes before the Court upon the Magistrate Judge's report and recommendation (doc. 10) dated June 27, 2007. Plaintiff was furnished a copy and has filed an objection (doc. 13). Despite the objection, I find that the report and recommendation is correct and should be adopted by the Court.

As explained in the report and recommendation, Plaintiff's claims are frivolous, and thus insufficient to invoke the court's subject matter jurisdiction. The alleged violation of state statutes, without deprivation of Plaintiff's rights under federal law, will not state a claim under 42 U.S.C. § 1983. Collins v. City of Harker Heights, 503 U.S. 115, 119 (1992). Moreover, any possible claim would be barred

by the applicable four-year statute of limitations[1] and deemed frivolous[2].

Plaintiff has been given notice of these deficiencies and his response provides no indication that they can be cured.[3]  Plaintiff's claims are patently frivolous.  Dismissal is appropriate under Rule 12(b)(6) for failure to state a claim.  Due to the obviousness and magnitude of the deficiencies, dismissal is also appropriate under Rule 12(b)(1) for lack of subject matter jurisdiction.  Cotton v. Burgess, No. 06-11308, 188 Fed. Appx. 964 (11th Cir. 2006) (unpublished opinion); Neitzke v. Williams, 490 U.S. 319, 327 n.6 (1989).  Accordingly, it is

ORDERED AND ADJUDGED:

1. The report and recommendation (doc. 10) is adopted and incorporated into this order.

2. This case is dismissed for lack of subject matter jurisdiction.

DONE AND ORDERED this 1st day of August, 2007.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

---

[1] Baker v. Gulf & Western Indus., 850 F.2d 1480, 1481 (11th Cir. 1988).

[2] Clark v. Georgia Pardons and Parole Bd., 915 F.2d 636, 641 n.2 (11th Cir. 1990).

[3] In addition to the deficiencies identified by the magistrate judge in the report and recommendation, the Court notes that the named defendant is immune from suit, money damages against another defendant in an official capacity are not available, and no injunctive relief is available since Plaintiff has already been released.  Gamble v. Florida Dep't of Health and Rehab. Services, 779 F.2d 1509, 1511-13 (11th Cir. 1986).

CASE NO. 5:07cv87--SPM/EMT