IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CARLOS TAYLOR, JR.,

    Plaintiff,

v.                                      CASE NO. 5:07cv87--SPM/EMT

FLORIDA DEP'T OF CORRECTIONS,

    Defendant.
_____/

## ORDER DENYING MOTIONS

This cause comes before the Court on two documents filed by Carlos Taylor, Jr. Docs. 29 and 30. Plaintiff is attempting to reinstate an appeal, 07-13851-JJ, which the Eleventh Circuit Court of Appeals dismissed for want of prosecution. See Doc. 28. This Court is below the Eleventh Circuit Court of Appeals and has no power to reinstate Plaintiff's appeal. Accordingly, it is

ORDERED AND ADJUDGED: Plaintiff's motions (docs. 29 and 30) are denied for lack of jurisdiction.

DONE AND ORDERED this 2nd day of July, 2009.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    Chief United States District Judge